PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: David Newmark                                   Cr.: 12-00036-001
                                                                  PACTS #: 63298

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM H. WALLS
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/06/2012

Original Offense: Ct. 1- Fraud By Wire - Radio - Or Television, Ct. 2- Attempt To Evade Or Defeat Tax

Original Sentence: 54 months imprisonment, 36 months supervised release

Special Conditions: $200 Special Assessment (paid), $10,442,379.90 Restitution, Gambling Restrictions, Mental Health Treatment, No New Debt/Credit, Emp. Restriction

Type of Supervision: Supervised Release            Date Supervision Commenced: 07/07/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The defendant violated the supervision condition which states, "The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person conviction of a felony unless granted permission to do so by the probation officer."

                    David Newmark has had hundreds of communications with inmates in the Bureau of Prisons through telephone calls and emails, during this term of supervision. Namely, he has been having contact with Russell Lockenwitz, Bennett Orfaly, Charles Naselsky, Michael Oppenheimer, Edward Stein, and Alton Powell.

U.S. Probation Officer Action:
The probation officer has verbally reprimanded offender, re-instructed him on the conditions of supervision, and will continue to monitor his communications. The probation officer will report any additional non-compliance to the Court.

Respectfully submitted,

*Dana Hafner/nm*

By: Dana Hafner  /LRg
U.S. Probation Officer
Date:  05/14/2018

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☑ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

22 May 2018
_____
Date